IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MISAIN SUAREZ and
NIEVES SUAREZ                                                                    PLAINTIFFS

v.                              No. 4:21-cv-376-DPM

CITY OF BALD KNOB, ARKANSAS,
A Municipal Corporation; BARTH
GRAYSON, Mayor; ALVIN
HEARYMAN; BILL FEAGIN; VINCE
VIRE; JOHNNY HODGES; DENNIS
RUTHERFORD; DAVID SMITH,
City Council; and GOOLSBY, INC.,
d/b/a GOOLSBY GENERAL
CONTRACTORS, INC.                                                             DEFENDANTS

## JUDGMENT

The second amended complaint is dismissed with prejudice. The Court retains jurisdiction until 31 January 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2022